AO240A (Rev. 01/09)(06/19 WD/VA) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
August 21, 2026
LAURA A. AUSTIN, CLERK
BY: /s/L. Ayers
DEPUTY CLERK

GRAYSON COTES )
Plaintiff )
v. ) Civil Action No. 7:26CV661
)
CITY OF ROANOKE, VIRGINIA ET AL. )
Defendant )

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

Plaintiff, ☒ appearing pro se ☐ represented by counsel, has filed an application under 28 U.S.C. §1915(a) to proceed without prepaying fees or costs. Accordingly,

**IT IS ORDERED** that plaintiff's application is:

☐ Granted:

☐ The Clerk is ordered to file the complaint and issue a summons. Counsel for plaintiff is directed to effect service of process upon defendant(s).

☐ The Clerk is ordered to file the complaint. The plaintiff is directed to complete and return to the court, a summons and USM-285 form for each named defendant. Upon receipt of the completed summons and USM-285 forms for each named defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed within fourteen (14) days, the complaint may be dismissed. The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service.

☒ Denied:

This application is denied for these reasons: Given the substantial settlement due to Plaintiff and his stated monthly earnings (less expenses), the allegation of poverty appears unfounded.

**If the filing fee is not paid within 14 days, the case will be dismissed.**

Date: August 21, 2026

Hon. Thomas T. Cullen, U.S. District Judge